Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 6907 | **DATE** | 7/23/2012 |
| **CASE TITLE** | Lois Trask vs. Thomas Boyd , et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's motion to vacate [98] is denied. Noticed motion date of 07/24/12 is stricken.

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

    This matter is before the court on Plaintiff Lois Trask's (Trask) *pro se* motion to vacate. Trask filed a *pro se* amended complaint in this action, bringing claims under 42 U.S.C. § 1983 against various Defendants, and Trask failed to clearly set forth the basis of the claims against each Defendant. Trask also made certain claims as to the actions of the magistrate judge in this case. Thus, in view of Trask's *pro se* status, on April 3, 2012, the court withdrew the referral from the magistrate judge, vacated all orders by the magistrate judge, and gave Trask leave until June 4, 2012, to file a second amended complaint. Defendants were given until June 25, 2012, to answer or otherwise plead. The court also set the next status hearing for June 27, 2012, and warned Trask that failure to appear on a Court's noticed hearing may result in the dismissal of the action, for want of prosecution, pursuant to Local Rule 41.1. On June 1, 2012, Trask filed a second amended complaint. On June 25, 2012 and June 26, 2012, Defendants filed motions to dismiss. On June 27, 2012, Trask failed to appear for the status hearing and the instant action was dismissed for want of prosecution.

    Trask now moves to vacate the June 27, 2012, order and contends that she did not know of the June 27, 2012, status hearing. This statement is incorrect. Trask was personally in court on April 3, 2012, and

| STATEMENT |
|---|
| was personally told by this court of the June 27, 2012, status hearing. The docket also reflects that Trask was sent the April 3, 2012, minute order informing Trask of the June 27, 2012, status hearing. Therefore, based on the above, the motion to vacate is denied. |